# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ANYL PASCAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 2:23-cv-0344-AMM |
| v. | ) |
| | ) |
| **TOWN OF BROOKSIDE et al.,** | ) |
| | |
| **Defendants.** | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney of record for the Plaintiff hereby moves for an Order allowing her withdrawal as counsel in the above matter assigning the following as basis:

1. That there exists a lack of the proper and necessary lawyer-client relationship for the undersigned to provide adequate representation for the above Plaintiff.

2. The Plaintiff could be better served by securing other counsel to represent him in this matter. There are numerous other lawyers in this area that handle such matters and who have litigated against the defendants in this

1

action. Plaintiff will be provided with a listing of at least ten lawyers who have litigated similar cases.

3. Discovery is still ongoing and Plaintiff would not suffer prejudice.

By:/s/ Bridges B. Jones

Attorney for Plaintiff
1736 Oxmoor Road
Birmingham, Alabama 35209 Telephone: 256-275-0981
E-Mail: bridges@bridgesjoneslaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been served upon Plaintiff, Anyl Pascal by email and by U.S. Mail, postage prepaid to Plaintiff Anyl Pascal, at 2900 7th Avenue South, Birmingham, AL 35233, and by email to Atty. Tom Hale, Atty. R. Warren Kinney and M.J. Voss on this the 25th Day of November, 2024.

By: /s/ Bridges B. Jones